# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
BEATRICE K. BRADSHAW,                 *
                                      *
              Plaintiff,              *
                                      *      No. 14-06000L
        v.                            *      Filed: July 29, 2021
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

     On August 28, 2019, the court severed the claims associated with parcel identification number 172-05-01-062 and parcel identification number 172-05-01-066 of the above-captioned plaintiff from the case of <u>Lorraine G. James, et al. v. United States</u>, Case No. 14-06L, and reorganized, for case management purposes, the claims into the above-captioned case, <u>Beatrice K. Bradshaw v. United States</u>, which was assigned Case No. 14-06000L. Also on August 28, 2019, the claims associated with parcel identification number 172-05-01-062 and parcel identification number 172-05-01-066 were dismissed and judgment was entered. On July 27, 2021, a stipulation of dismissal was filed <u>Lorraine G. James, et al. v. United States</u>, Case No. 14-06L, which stated: "Pursuant to RCFC 41(a)(1)(A)(ii) and the terms of a Settlement Agreement entered into on May 5, 2021, Plaintiffs Timothy A. James, *et al.*, and Defendant United States of America hereby stipulate to the dismissal of this action with prejudice," and the same day, July 27, 2021, judgment was entered in <u>Lorraine G. James, et al. v. United States</u>, Case No. 14-06L. On July 29, 2021, the parties in the above captioned case filed a joint status report which indicated: "Upon consultation, counsel for Plaintiff has authorized counsel for Defendant to jointly report on behalf of the parties that plaintiff Beatrice Bradshaw filed her claim for three parcels. In 2019, the claims as to two of the parcels were dismissed and the Court entered judgment. The third parcel was included in the parties' Settlement Agreement in *James*. Thus, all of Ms. Bradshaw's claims have been resolved and the instant subcase, *Bradshaw v. United States*, can also be terminated." As all of plaintiff's claims have been resolved, the Clerk's Office shall enter **JUDGMENT** in the above captioned case.

    **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**
